UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CARLOS E. MARRERO,

    Debtor.
_____/

Case No. 15-21715-LMI

Chapter 7

DREW M. DILLWORTH, as Chapter 7 Trustee,

    Plaintiff,

v.

DUBOFF LAW FIRM, and CARLOS E. MARRERO AND JESSICA MARRERO, individually,

    Defendants.
_____/

Adv. Pro. No. 16-01431-LMI

## NOTICE OF FILING
### TRUSTEE DILLWORTH'S MOTION TO COMPROMISE CONTROVERSY WITH DUBOFF LAW FIRM PURSUANT TO BANKRUPTCY RULE 9019

PLEASE TAKE NOTICE that Drew M. Dillworth, the duly appointed, qualified and acting Chapter 7 bankruptcy trustee ("Trustee Dillworth") for the above-styled bankruptcy estate, by and through undersigned counsel, has filed the following in the main bankruptcy case:

- *Motion to Compromise Controversy with Duboff Law Firm, Pursuant to Bankruptcy Rule 9019* [Main Bankruptcy Case, ECF No. 106]

(the "Settlement Motion"). The Settlement Motion relates to the above-captioned adversary proceeding. In accordance with Local Rule 9019-1, if the Settlement Motion is granted, undersigned counsel for Trustee Dillworth, shall submit a proposed order for entry in this adversary proceeding resolving this adversary proceeding consistent with the approved Settlement Motion, and directing the Clerk of Court to close this adversary proceeding.

Adv. Case No.: 16-01431-LMI

Dated: October 26, 2016.

>Respectfully submitted,
>
>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
>Museum Tower, Suite 2200
>150 West Flagler Street
>Miami, Florida 33130
>Telephone:  (305) 789-3200
>Facsimile:  (305) 789-3395
>
>By:  */s/ Eric J. Silver*
>  ERIC J. SILVER, ESQ.
>  Florida Bar No. 057262
>  esilver@stearnsweaver.com
>  *Counsel for Trustee Kapila*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served on October 26, 2016, by (i) transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, or (ii) First Class Mail, postage prepaid to parties not registered to receive NEF in this case, as indicated on the attached Service List.

>By: */s/ Eric J. Silver*
>  ERIC J. SILVER, ESQ.

2

Adv. Case No.: 16-01431-LMI

## SERVICE LIST
### Adv. Case No.: 16-01431-LMI
### United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Eric J Silver
*esilver@stearnsweaver.com*
*bank@stearnsweaver.com*
*rross@stearnsweaver.com*
*larrazola@stearnsweaver.com*
*cgraver@stearnsweaver.com*
*Counsel for Trustee Drew M Dillworth*

The following parties were served via First Class Mail.

Duboff Law Firm
680 NE 127th Street
North Miami, FL 33161

#5330840 v1

3